# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Northern Leasing Systems Incorporated, | No. CV-12-0356-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Teledraft Incorporated, | |
| Defendant. | |

On December 12, 2012, bankruptcy counsel for Teledraft, Jon S. Musial, filed a Notice of Bankruptcy in this action. (Doc. 21.)

The court having been advised on December 12, 2012, that Defendant filed for bankruptcy on December 11, 2012 in the United States Bankruptcy Court for the District of Arizona, and the claims against Defendant having been automatically stayed pursuant to 11 U.S.C. § 362,

**IT IS ORDERED** that the claims against Defendant will be dismissed without further notice on **March 1, 2013** (60 days), unless the court is advised either that the bankruptcy stay has been lifted, or that a request for a lifting of the bankruptcy stay has not been ruled upon by the bankruptcy court.

DATED this 4th day of February, 2013.

Stephen M. McNamee
Senior United States District Judge